# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132715 & (53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LOVINA HUFFMAN,
        Plaintiff-Appellee,

v

CITY OF MARLETTE,
        Defendant-Appellant.

SC: 132715
COA: 260283
Sanilac CC: 04-029658-CZ

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the September 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

s0319

_____
Clerk